Submitted January 5, affirmed February 2, 2022

Demetrius TUCKER,
*Plaintiff-Appellant,*
*v.*
GEICO CASUALTY COMPANY,
a Maryland corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
19CV45728; A175278

502 P3d 788

David F. Rees, Judge.

Merkel & Associates and Willard E. Merkel filed the briefs for appellant.

Brian C. Hickman, Elaine J. Brown and Gordon & Polscer, LLC filed the brief for respondent.

Before Mooney, Presiding Judge, and Lagesen, Chief Judge, and DeHoog, Judge pro tempore.

PER CURIAM

Affirmed. *Koenig v. State Farm Mutual Automobile Ins. Co.*, 315 Or App 28, 500 P3d 68 (2021).